1064

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN MARK LUCAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05751-4, James R. Orlando, J., entered February 9, 2001. *Reversed* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL AMES McKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00337-6, James R. Orlando, J., entered March 22, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MOTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05807-8, Marilyn R. Sellers, J., entered December 7, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. SATURINO MINOSO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07405-7, Ann Schindler, J., entered December 1, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Grosse, JJ.